Order entered January 13, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00525-CR

### MARK JOHN THEDE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 296th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 296-82447-2012

## ORDER

On October 24, 2014 and November 20, 2014, this Court ordered the trial court to prepare and file a certification of appellant's right to appeal. A completed certification is required in every case in which the defendant is appealing. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013). To date, we have not received the certification, nor have we had any correspondence from the trial court or appellant's counsel regarding the status of the certification.

Accordingly, we **ORDER** the trial court to file, within **TEN DAYS** of the date of this order, a completed certification of appellant's right to appeal that accurately reflects the trial court proceedings.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable John Roach, Jr., Presiding Judge, 296th Judicial District Court; the Collin County District Clerk; Stephanie Hudson; and John Rolater.

/s/     LANA MYERS
             JUSTICE